IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENT KWAME MENSAH, :<br>:<br>Plaintiff, :<br>v. :<br>:<br>RANDY SPANN, :<br>JOSE VALAZQUEZ, :<br>LEO EDGELL, :<br>ANTHONY KIPE, and :<br>JASON LEESE, :<br>:<br>Defendants. :<br>: | CIVIL ACTION NO. 14-570 |

## O R D E R

**AND NOW**, this 1st day of August, 2014, upon consideration of Plaintiff's Motion for Appointment of Counsel (Doc. No. 20), and Plaintiff's Affidavit (Doc. No. 22), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE